IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PABLO COPPOLA,<br><br>            Defendant. | CR  14-117-BLG-SPW-3<br><br>**ORDER RESETTING ARRAIGNMENT AND ISSUING NEW SUMMONS FOR PABLO COPPOLA** |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the arraignment currently set for December 6, 2018 is VACATED.

IT IS FURTHER ORDERED that the Clerk shall prepare and issue a criminal summons for the defendant to appear and answer to the indictment on **December 14, 2018, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 5th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge