# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO COPPOLA,<br><br>Defendant. | Cause No. CR 14-117-BLG-SPW-3<br><br>**ORDER CORRECTING CLERICAL ERROR AND AMENDING JUDGMENT** |

Defendant Pablo Coppola has filed an Unopposed Motion for Clarification of Judgment in a Criminal Case. (Doc. 227.) After review, the Court finds the judgment's ambiguity regarding Mr. Coppola's term of probation is the result of a clerical error. Under Fed. R. Crim. P. 36, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Solely to correct a clerical error, the Court makes the following amendment to page 2 of the Judgment (Doc. 221): "The term of probation will be 'inactive' while the defendant is not residing in the United States" is amended to "The term of probation will be unsupervised while the defendant is not residing in the United States." The Court will file an amended judgment reflecting the change.

DATED this 16th day of October, 2019.

SUSAN P. WATTERS
United States District Judge